**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Leonard D. O'Dell,         )<br>                                        )<br>            Plaintiff,          )<br>                                        )<br>vs.                                  )<br>                                        )<br>Detention Officer Abbott, et al., )<br>                                        )<br>            Defendants.      )<br>_____) | No. CV 11-2261-PHX-RCB (MHB)<br><br>**ORDER** |

Plaintiff Leonard O'Dell, who is confined in the Fourth Avenue Jail, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983. Because Plaintiff had not paid the $350.00 civil action filing fee or filed a proper Application to Proceed *In Forma Pauperis*, the Court denied Plaintiff's Application to Proceed *In Forma Pauperis* with leave to either pay the filing fee or file a properly completed *in forma pauperis* application. (Doc. 6.) Plaintiff has filed a motion to defer or waive filing fees, which will be denied because it is not on the court-approved form. (Doc. 5.) Plaintiff has also filed a new *in forma pauperis* application, which will be denied as incomplete. (Doc. 8.) In addition, Plaintiff has filed a motion to accelerate proceedings, which will be denied. (Doc. 12.) The Court will give Plaintiff another 30 days in which to either pay the fee or file a completed Application to Proceed *In Forma Pauperis*.

**I.      Payment of Filing Fee**

When bringing an action, a prisoner must either pay the $350.00 filing fee in a lump

1  sum or, if granted the privilege of proceeding *in forma pauperis*, pay the fee incrementally
2  as set forth in 28 U.S.C. § 1915(b)(1). An application to proceed *in forma pauperis* requires
3  an affidavit of indigence and a *certified* copy of the inmate's trust account statement for the
4  six months preceding the filing of the Complaint. 28 U.S.C. § 1915(a)(2). An inmate must
5  submit statements from each institution where he was confined during the six-month period.
6  <u>Id.</u> To assist prisoners in meeting these requirements, the Court requires use of a form
7  application. LRCiv 3.4(a).

8        If a prisoner is granted leave to proceed *in forma pauperis*, the Court will assess an
9  initial partial filing fee of 20% of either the average monthly deposits or the average monthly
10 balance in Plaintiff's account, whichever is greater. 28 U.S.C. § 1915(b)(1). An initial
11 partial filing fee will only be collected when funds exist. 28 U.S.C. § 1915(b)(4). The
12 balance of the fee will be collected in monthly payments of 20% of the preceding month's
13 income credited to an inmate's account, each time the amount in the account exceeds $10.00.
14 28 U.S.C. § 1915(b)(2).

15 **II.   Application Fails to Comply With Statute**

16       Plaintiff has used the court-approved form, but he has *again* left blank the "Consent
17 to Collection of Fees from Trust Account" section. This part of the *in forma pauperis*
18 application *must be filled out, signed, and dated*. In light of that deficiency, Plaintiff will be
19 permitted 30 days to either pay the $350.00 filing fee or file a complete Application to
20 Proceed *In Forma Pauperis*.

21 **III.  Motion to Accelerate Proceedings**

22       As noted above, Plaintiff has filed a motion to accelerate proceedings. Specifically,
23 Plaintiff appears to be seeking to accelerate discovery. Plaintiff's request will be denied.
24 Plaintiff must first either pay the filing fee or file a properly-completed *in forma pauperis*
25 application using the court-approved form. If the Court thereafter concludes that Plaintiff
26 has stated a legally-cognizable claim in his First Amended Complaint, service will be ordered
27 and the case referred to a magistrate judge to set deadlines for discovery and other pretrial
28

1 matters.

2 **IV.    Warnings**

3     **A.     Address Changes**

4 Plaintiff must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. Plaintiff must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this action.

    **B.     Copies**

Plaintiff must submit an additional copy of every filing for use by the Court. <u>See</u> LRCiv 5.4. Failure to comply may result in the filing being stricken without further notice to Plaintiff.

    **C.     Possible Dismissal**

If Plaintiff fails to timely comply with every provision of this Order, including these warnings, the Court may dismiss this action without further notice. <u>See</u> <u>Ferdik v. Bonzelet</u>, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED:**

(1)    Plaintiff's motion to defer or waive fees and his Application to Proceed *In Forma Pauperis* are **denied without prejudice**. (Doc. 5, 8.)

(2)    Within 30 days of the date this Order is filed, Plaintiff must either pay the $350.00 filing fee **or** file a completed Application to Proceed *In Forma Pauperis* and a certified six-month trust account statement.

(3)    If Plaintiff fails to either pay the $350.00 filing fee or file a completed Application to Proceed *In Forma Pauperis* within 30 days, the Clerk of Court must enter a judgment of dismissal of this action without prejudice and without further notice to Plaintiff.

(4)    The Clerk of the Court must mail Plaintiff a court-approved form for filing an Application to Proceed *In Forma Pauperis* (Non-Habeas).

1    (5)    Plaintiff's motion to accelerate proceedings is **denied**.  (Doc. 12.

Dated this 27th day of December, 2011.

_____
Robert C. Broomfield
Senior United States District Judge

- 4 -